

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00230-CV

REGINALD DALE PETERS                                                    APPELLANT

V.

THE STATE OF TEXAS                                                        APPELLEE

----------

### FROM THE 355TH DISTRICT COURT OF HOOD COUNTY

----------

### MEMORANDUM OPINION[1]

----------

Appellant Reginald Dale Peters attempts to appeal the trial court's denial of his "Motion for Trial Records Due Process-Equal Protection Requisition Under Texas Open Records Act," which we construe as an attempt to obtain a free record in connection with his pursuit of post-conviction habeas corpus relief. On July 19, 2011, we notified Peters of our concern that this court lacks jurisdiction over this appeal, and we informed him that unless he or any party desiring to

---

[1]See Tex. R. App. P. 47.4.

continue the appeal files with the court, on or before July 29, 2011, a response showing grounds for continuing the appeal, the appeal would be dismissed for want of jurisdiction. *See* Tex. R. App. P. 44.3. We received a response, but it does not show grounds for continuing the appeal. *See In re Handy*, No. 01-00-01059-CV, 2000 WL 1511711, at *1 (Tex. App.—Houston [1st Dist.] Oct. 12, 2000, orig. proceeding) (not designated for publication) (stating that indigent criminal defendant is not entitled to free clerk's record or reporter's record once he has exhausted his state appeals absent some compelling, recognized reason nor is he entitled to one under the Texas Public Information Act); *see also In re Carothers*, No. 09-03-00558-CV, 2004 WL 100547, at *1 (Tex. App.—Beaumont Jan. 22, 2004, orig. proceeding) (mem. op.) (same). Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f); *Self v. State*, 122 S.W.3d 294, 294–95 (Tex. App.—Eastland 2003, no pet.) (dismissing appeal for want of jurisdiction where trial court denied appellant's request for free copy of trial court's records to prosecute post-conviction writ of habeas corpus). We deny Peters's motion for suspension of rules of appellate procedure 9.3 and 5 as moot.

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DELIVERED: August 18, 2011